JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
MICHAEL J. MULLEN (WSBA No. 54288)
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (206) 615-2748
michael.j.mullen@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| KENNETH ELLIOTT,<br><br>             Plaintiff,<br><br>     vs.<br><br>MARTIN O'MALLEY, Commissioner of Social Security,<br><br>             Defendant. | Civil No. 3:24-CV-00199-CSD<br><br><br><br>ORDER |

ORDER

Pursuant to the parties' stipulated motion, the Court hereby ORDERS that this matter is remanded to the Commissioner under 42 U.S.C. § 405(g) (fourth sentence), for further administrative proceedings. Upon remand, the Appeals Council will vacate the prior administrative law judge (ALJ) decision and instruct an ALJ to offer Plaintiff the opportunity for a hearing, develop the record further, and issue a new decision.

The Clerk of the Court is directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner. After judgment, Plaintiff may be entitled to reasonable attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper request to this Court.

DATED August 15, 2024

_____
UNITED STATES MAGISTRATE JUDGE